1  PAUL M. GLEASON State Bar No.: 155569
   RICHARD Y. CHEN State Bar No.: 225392
2  GLEASON & FAVAROTE, LLP
   800 West Sixth Street, Suite 1010
3  Los Angeles, California  90017
   Telephone:     (213) 452-0510
4  Facsimile:     (213) 452-0514
   pgleason@gleasonfavarote.com
5  rchen@gleasonfavarote.com
   kgao@gleasonfavarote.com
6
7  Attorneys for Defendant
   Corrections Corporation of America
8
9  Barry M. Appell, Esq.
   APPELL HILAIRE BERNARDO LLP
10 15233 Ventura Blvd., Suite 420
   Sherman Oaks, CA 91403
11 (818) 788-2300
   Fax:  (818) 788-2464
12 E-Mail:  barry@ahblegal.com

13 Attorney for Plaintiff,
   Terry Sandres

14

15                    **UNITED STATES DISTRICT COURT**

16              **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

17

| | |
|---|---|
| 18  TERRY SANDRES, an individual, | ) Case No. 1:09-cv-01609-OWW-DLB |
| 19           Plaintiff, | ) State Court Case No. S-1500-CV-267904 DRL |
| 20     vs. | ) **STIPULATION AND ORDER OF THE FOLLOWING:** |
| 21  CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation; and Does 1 through 50, inclusive, | ) **(1) TO VACATE HEARING DATE OF NOVEMBER 23, 2009 FOR THE MOTION TO DISMISS AND MOTION TO STRIKE THE COMPLAINT;** |
| 23          Defendants. | ) **(2) TO EXTEND TIME TO ANSWER AND/OR RESPOND TO THE FIRST AMENDED COMPLAINT;** |
| 26 | ) **(3) TO ALLOW WRITTEN DISCOVERY PRIOR TO FEDERAL RULE OF CIVIL PROCEDURE 26(F) CONFERENCE; AND** |

1.

**PROOF OF SERVICE**

PDF created with pdfFactory trial version www.pdffactory.com

) **(4) TO EXTEND TIME TO RESPOND**
) **TO THE FIRST SET OF REQUESTS**
) **FOR PRODUCTION OF DOCUMENTS**
)
)
) Action Filed:   July 24, 2009
) Trial Date:   None
)
)
)
)
)

THE PARTIES TO THE ABOVE-CAPTIONED MATTER, by and through their respective attorneys of record, hereby enter into this stipulation based on the following:

WHEREAS, on September 15, 2009, defendant Corrections Corporation of America ("CCA") filed its motion to dismiss and motion to strike plaintiff Terry Sandres' ("Plaintiff") complaint ("Complaint") pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6) and 12(f).

WHEREAS, on October 1, 2009, Plaintiff filed a First Amended Complaint ("FAC").

WHEREAS, based on the filing of the FAC, CCA agrees to withdraw its motion to dismiss and motion to strike the Complaint and requests that the hearing date of November 23, 2009 for these motions be vacated.

WHEREAS, CCA anticipates filing a motion to strike the FAC pursuant to FRCP 12(f) (the "12(f) Motion").

WHEREAS, counsel for both parties have agreed that CCA may answer the FAC within 55 days from the FAC filing date of October 1, 2009.

WHEREAS, counsel for both parties have agreed that the parties may propound written discovery prior to the FRCP 26(f) conference.

WHEREAS, counsel for both parties have agreed that each party will have 45 days to respond to the first set of requests for production of documents propounded (extended an additional three days for any discovery served by mail pursuant to FRCP 6(d)) by either party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their respective attorneys of record as follows:

1. The hearing date of November 23, 2009 for the motion to dismiss and motion to strike the Complaint shall be vacated;

PDF created with pdfFactory trial version www.pdffactory.com

2. CCA may answer the FAC within 55 days from the FAC filing date of October 1, 2009;

3. The parties may propound written discovery prior to the FRCP 26(f) conference; and

4. Each party will have 45 days to respond to the first set of requests for production of documents propounded (extended an additional three days for any discovery served by mail pursuant to FRCP 6(d)) by either party.

Dated: October 8, 2009    APPELL HILAIRE BERNARDO LLP

By: /s/ Barry Appell (as authorized on 10/08/09)
    Barry Appell
    Attorney for Plaintiff
    Terry Sandres

Dated: October 8, 2009    GLEASON & FAVOROTE LLP

By: /s/ Richard Y. Chen
    Richard Y. Chen
    Attorney for Defendants
    Corrections Corporation of America, CCA of Tennessee, LLC and CCA of Tennessee, Inc.

**ORDER**

**IT IS SO ORDERED.**

Dated: November 3, 2009    By: /s/ OLIVER W. WANGER
    Oliver W. Wanger, Judge
    United States District Court

PDF created with pdfFactory trial version www.pdffactory.com