**APPELL | HILAIRE | BENARDO LLP**
**Barry M. Appell, Esq. (CSB #174324)**
**15233 Ventura Boulevard, Suite 420**
**Sherman Oaks, California 91403**
**Telephone:   818-788-2300**
**Facsimile:     818-788-2464**
**barry@ahblegal.com**

Attorneys for Plaintiff
TERRY SANDRES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TERRY SANDRES, an individual,<br><br>                          Plaintiff,<br><br>     vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation; and Does 1 through 50, inclusive,<br><br>                          Defendants. | **CASE NO. 1:09-CV-01609-OWW-DLB**<br><br>Assigned to: Hon. Oliver W. Wanger/Room 3<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT IN ORDER TO CORRECTLY NAME A DOE DEFENDANT**<br><br>Action filed: July 24, 2009<br>Trial Date: None |

WHEREAS, Plaintiff filed its Second Amended Complaint on November 23, 2009, after the granting of Defendant's Motion to Strike the First Amended Complaint with leave to amend;

WHEREAS, on or about December 2, 3009, Defendant's counsel advised Plaintiff's counsel that it is taking the position that Defendant was not Plaintiff's employer, but that rather CCA of Tennessee, LLC is the true name of Plaintiff's former employer;

WHEREAS, on or about December 7, 2009, Defendant produced documents in discovery identifying CCA of Tennessee, LLC as Plaintiff's former employer;

{AH112513.DOC}                                             - 1 -
**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT IN ORDER TO CORRECTLY NAME A DOE**

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties hereto would like to avoid any underlay in the litigation of this
2  matter;

3  IT IS HEREBY STIPULATED by and between the Parties hereto through their respective
4  attorneys of record that Plaintiff may file a Third Amended Complaint, to add "CCA of Tennessee,
5  LLC" which is the true name of the Defendant designated as Doe 1.  A copy of Plaintiff's Third
6  Amended Complaint is attached hereto as Exhibit A.

7  IT IS FURTHER STIPULATED that the Defendant CCA of Tennessee, LLC waives notice
8  and service of the amended complaint, under F.R.C.P. 4(d)(1), and that Defendant CCA of
9  Tennessee, LLC shall answer the Third Amended Complaint within 20 days of this Order being
10 signed by the Court.

Dated: December 22, 2009                             APPELL | HILAIRE | BENARDO LLP

                                                     By _____/s/ BARRY APPELL_____
                                                     Barry Appell
                                                     Attorney for Plaintiff

Dated: December 14, 2009                             GLEASON & FAVAROTE, LLP

                                                     By _____/s/ RICHARD CHEN_____
                                                     Richard Chen
                                                     Attorney for Defendants

**IT IS HEREBY ORDERED** that:

{AH112513.DOC}                        - 2 -
**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT IN ORDER TO CORRECTLY NAME A DOE**

PDF created with pdfFactory trial version www.pdffactory.com

1. This Court grants Plaintiff leave to file a Third Amended Complaint;
2. The Third Amended Complaint attached hereto be deemed filed as of the date the Court signs this Order;
3. Defendant CCA of Tennessee, LLC waives notice and service of the amended complaint; and
4. Defendant CCA of Tennessee, LLC shall file an answer to the Third Amended Complaint by January 11, 2010.

IT IS SO ORDERED.

Dated: December 22, 2009          By: /s/ OLIVER W. WANGER
                                      United States District Judge

{AH112513.DOC}                     - 3 -

**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT IN ORDER TO CORRECTLY NAME A DOE**

PDF created with pdfFactory trial version www.pdffactory.com