# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TERRY SANDRES, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation; and Does 1 through 50, inclusive,<br><br>  Defendants. | ) Case No. 1:09-cv-01609-OWW-DLB<br>)<br>) **ORDER TO CONTINUE TRIAL AND ALL**<br>) **RELATED DATES FOR AT LEAST 90**<br>) **DAYS**<br>)<br>)<br>)<br>)<br>) Judge:         Hon. Oliver W. Wanger<br>) Magistrate:    Hon. Dennis L. Beck<br>) Action Filed:  July 24, 2009<br>) Trial Date:    February 15, 2011<br>) |

## **ORDER**

IT IS SO ORDERED.  The following are the new trial and related dates:

1. That the trial date be continued to May 24, 2011;

2. That the deadline for Plaintiff to disclose his expert witnesses is continued to October 11, 2010;

3. That the deadline for Defendants to disclose their expert witnesses is continued to November 11, 2010;

4. That the deadline for both parties to disclose all rebuttal experts is continued to December 1, 2010;

1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND ALL RELATED DATES FOR AT LEAST 90 DAYS**

PDF created with pdfFactory trial version www.pdffactory.com

1  |  5. | That the deadline to complete all non-expert discovery is continued to
2  |     | October 10, 2010;
3  |  6. | That the deadline to complete all expert discovery is continued to
4  |     | December 10, 2010;
5  |  7. | That the deadline to file all non-dispositive pre-trial motions, including any
6  |     | discovery motions, is continued to December 28, 2010, and that such motions will
7  |     | be heard on January 28, 2011;
8  |  8. | That the deadline to file all dispositive pre-trial motions is continued to February 7,
9  |     | 2011, and that such motions will be heard on March 7, 2011; and
10 |  9. | That the Settlement Conference is continued to December 16, 2010 at 10:00AM
11 |     | Before Magistrate Judge Beck;
12 | 10. | That the Pre-Trial Conference Date is continued to April 11, 2011;

**IT IS SO ORDERED.**

Dated:   August 24, 2010                    By: /s/ OLIVER W. WANGER
                                            United States District Court Judge

2.

**STIPULATION AND ORDER TO CONTINUE TRIAL AND ALL RELATED DATES FOR AT LEAST 90 DAYS**

PDF created with pdfFactory trial version www.pdffactory.com