1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TERRY SANDRES, an individual, | ) Case No. 1:09-cv-01609-OWW-JLT |
| Plaintiff, | ) **ORDER TO CONTINUE TRIAL AND ALL RELATED DATES** |
| vs. | ) |
| CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation; and Does 1 through 50, inclusive, | ) Judge: Hon. Oliver W. Wanger<br>) Magistrate: Hon. Jennifer L. Thurston<br>) Action Filed: July 24, 2009 |
| Defendants. | ) Trial Date: May 15, 2011 |

## **ORDER**

IT IS SO ORDERED.  The following are the new trial and related dates:

1. That the trial date is continued to August 30, 2011;

2. That the deadline for Plaintiff to disclose his expert witnesses is continued to January 28, 2011;

3. That the deadline for Defendants to disclose their expert witnesses is continued to February 18, 2011;

4. That the deadline for both parties to disclose all rebuttal experts is continued to March 11, 2011;

1

PDF created with pdfFactory trial version www.pdffactory.com

5. That the deadline to complete all non-expert discovery is continued to February 15, 2011;

6. That the deadline to complete all expert discovery is continued to April 1, 2011;

7. That the deadline to file all non-dispositive pre-trial motions, including any discovery motions, is continued to April 15, 2011, and that such motions will be heard on May 20, 2011;

8. That the deadline to file all dispositive pre-trial motions is continued to May 27, 2011, and that such motions will be heard on June 27, 2011;

9. That the Settlement Conference is continued to March 17, 2011 at 9:00 a.m. before Magistrate Judge Thurston; and

10. That the Pre-Trial Conference Date is continued to July 25, 2011;

**IT IS SO ORDERED.**

Dated:  October 1, 2010                     /s/ OLIVER W. WANGER
                                             UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com