**APPELL | HILAIRE | BENARDO LLP**
Barry M. Appell, Esq. (CSB #174324)
15233 Ventura Boulevard, Suite 420
Sherman Oaks, California 91403
Telephone:    818-788-2300
Facsimile:    818-788-2464
barry@ahblegal.com

Attorneys for Plaintiff
TERRY SANDRES

**GLEASON & FAVAROTE, LLP**
Paul M. Gleason, Esq. (CSB # 155569)
Richard Y. Chen, Esq. (CSB # 225392)
Kathy H. Gao, Esq. (CSB #259392)
835 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Telephone:    213-452-0510
Facsimile:    213-452-0514
pgleason@gleasonfavarote.com
rchen@gleasonfavarote.com
kgao@gleasonfavarote.com

Attorneys for Defendants
Corrections Corporation of America and
CCA of Tennessee, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TERRY SANDRES, an individual, | **CASE NO. 1:09-cv-01609 OWW-JLT** |
| Plaintiff, | Assigned to: Hon. Oliver W. Wanger/Room 3 |
| vs. | |
| CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation; and Does 1 through 50, inclusive, | **STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR ALL NON-EXPERT DISCOVERY** |
| Defendants. | |
| | District Judge: Oliver W. Wanger
Magistrate Judge: Jennifer L. Thurston
Action filed: July 24, 2009
Trial Date: August 30, 2011 |

{AH114490.DOC}                                        - 1 -

**STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR ALL
NON-EXPERT DISCOVERY**

1  THE PARTIES TO THE ABOVE-CAPTIONED MATTER, by and through their respective attorneys of record, hereby enter into this stipulation to continue the deadline for all non-expert discovery, based on the following:

WHEREAS, the Court issued a Scheduling Conference Order on February 3, 2010;

WHEREAS, on October 1, 2010, the Court issued an Order to Continue the Trial and All Related Dates, which set the deadline to complete all non-expert discovery to February 15, 2011;

WHEREAS, the parties have diligently engaged in discovery and commenced the taking of Plaintiff's deposition;

WHEREAS, however, primarily due to trial calendars of respective counsel for both parties, the parties have had difficulty in completing the depositions and discovery in this case and the parties do not believe that they can do so by the current February 15, 2011 deadline;

WHEREAS, the parties have met and conferred and believe that the deadline for the completion of all non-expert discovery should be continued to March 7, 2011 in order to complete outstanding depositions, and follow up discovery;

THEREFORE, THE PARTIES IN THE ABOVE-ENTITLED ACTION HEREBY STIPULATE and agree, and request that this Court make the following orders:

1. That the Court extends the deadline to complete non-expert discovery from February 15, 2011 to March 7, 2011.

Dated: January 3, 2011                           APPELL | HILAIRE | BENARDO LLP

By _____/s/ BARRY APPELL_____
Barry Appell
Attorney for Plaintiff

Dated: January 3, 2011                           GLEASON & FAVAROTE, LLP

By _____/s/ RICHARD CHEN_____
Richard Chen
Attorney for Defendants

{AH114490.DOC}                                   - 2 -
**STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR ALL NON-EXPERT DISCOVERY**

**ORDER**

Pursuant to the parties' stipulation and good cause being shown therefore, the Court hereby makes the following orders:

1. The deadline to complete all non-expert discovery has been continued to March 7, 2011.

IT IS SO ORDERED.

Dated: **January 3, 2011**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE