**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| TERRY SANDRES, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation; and Does 1 through 50, inclusive,<br><br>                Defendants. | Case No. 1:09-cv-01609-OWW-DLB<br><br>**ORDER TO EXTEND DEADLINE TO COMPLETE DEPOSITIONS OF PLAINTIFF TERRY SANDRES' TREATING PHYSICIANS**<br><br>Judge:      Hon. Oliver W. Wanger<br>Magistrate:  Hon. Jennifer L. Thurston<br>Action Filed: July 24, 2009<br>Trial Date:   August 30, 2011 |

IT IS SO ORDERED that the deadline to complete the depositions of plaintiff Terry Sandres' treating physicians shall correspond with the expert discovery cut-off date of April 1, 2011.

IT IS SO ORDERED.

Dated: __February 2, 2011__          __/s/ Oliver W. Wanger__
                                                     UNITED STATES DISTRICT JUDGE