# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TERRY SANDRES, an individual,<br><br>               Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation; and Does 1 through 50, inclusive,<br><br>               Defendants. | Case No. 1:09-cv-01609-OWW-DLB<br><br>**[PROPOSED] ORDER TO VACATE THE SETTLEMENT CONFERENCE ON MARCH 24, 2011**<br><br>Judge:        Hon. Oliver W. Wanger<br>Magistrate:   Hon. Jennifer L. Thurston<br>Action Filed:  July 24, 2009<br>Trial Date:    August 30, 2011 |

## [PROPOSED] ORDER

IT IS SO ORDERED that the Settlement Conference set for March 24, 2011 is vacated.

IT IS SO ORDERED.

   Dated:   **March 21, 2011**                  **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER TO CONTINUE TRIAL AND ALL RELATED DATES FOR AT LEAST 90 DAYS**