Barry M. Appell, Esq. State Bar No.: 174324
APPELL HILAIRE BERNARDO LLP
15233 Ventura Blvd., Suite 420
Sherman Oaks, CA 91403
(818) 788-2300
Fax: (818) 788-2464
E-Mail: barry@ahblegal.com

Attorney for Plaintiff,
Terry Sandres


PAUL M. GLEASON State Bar No.: 155569
RICHARD Y. CHEN State Bar No.: 225392
KATHY H. GAO State Bar No.: 259019
GLEASON & FAVAROTE, LLP
800 West Sixth Street, Suite 1010
Los Angeles, California 90017
Telephone:    (213) 452-0510
Facsimile:    (213) 452-0514
pgleason@gleasonfavarote.com
rchen@gleasonfavarote.com
kgao@gleasonfavarote.com

Attorneys for Defendants
Corrections Corporation of America and
CCA of Tennessee, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| TERRY SANDRES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation; and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No. 1:09-cv-01609-OWW-DLB<br><br>**STIPULATION AND ORDER TO EXTEND:**<br><br>**(1) THE DEADLINE TO COMPLETE EXPERT DISCOVERY; AND**<br><br>**(2) THE DEADLINE TO FILE ALL NON-DISPOSITIVE PRE-TRIAL MOTIONS CONCERNING EXPERT DISCOVERY AND CORRESPONDING HEARING DATE**<br><br>District Judge:  Hon. Oliver W. Wanger<br>Magistrate:       Hon. Jennifer L. Thurston<br>Action Filed:     July 24, 2009<br>Trial Date:       August 30, 2011 |

**STIPULATION TO EXTEND: (1) DEADLINE TO COMPLETE EXPERT DISCOVERY; AND (2) DEADLINE TO FILE ALL NON-DISPOSITIVE PRE-TRIAL MOTIONS CONCERNING EXPERT DISCOVERY AND CORRESPONDING HEARING DATE**

THE PARTIES TO THE ABOVE-CAPTIONED MATTER, by and through their respective attorneys of record, hereby enter into this stipulation to extend:  (1) the deadline to complete all expert discovery; and (2) the deadline to file all non-dispositive pre-trial motions concerning expert discovery and the corresponding hearing date based on the following:

WHEREAS, the expert discovery cut-off date in this matter is currently April 1, 2011 (Declaration of Kathy H. Gao ("Gao Decl."), ¶ 2); and

WHEREAS, the parties have designated retained and non-retained experts in this matter (Gao Decl., ¶ 3); and

WHEREAS, plaintiff Terry Sandres ("Plaintiff") has designated Dr. Joseph Valentino as a non-retained expert (Gao Decl., ¶ 4); and

WHEREAS, Plaintiff has agreed not to de-designate Dr. Valentino as a non-retained expert (Gao Decl., ¶ 5); and

WHEREAS, counsel for the parties have agreed to private mediation with Steve Serratore in this matter on April 14, 2011 – the earliest time that the parties and the mediator are all available for mediation (Gao Decl., ¶ 6); and

WHEREAS, Dr. Valentino's deposition was initially set for March 25, 2011, at a rate of $750.00 per hour (Gao Decl., ¶ 7); and

WHEREAS, the parties are currently working with counsel for Dr. Valentino on receiving Plaintiff's complete medical records prior to Dr. Valentino's deposition (Gao Decl., ¶ 8); and

WHEREAS, to complete expert discovery, the parties anticipate, among other things, Plaintiff submitting to an independent mental examination and taking depositions of each party's experts (Gao Decl., ¶ 9); and

WHEREAS, to avoid the anticipated costs of Plaintiff's mental examination and the depositions of both retained and non-retained experts, the parties believe that it is in their best interest, as well as in the preservation of their financial resources, that Plaintiff's independent mental examination and expert depositions occur after the parties' mediation on April 14, 2011 (Gao Decl., ¶ 10); and

WHEREAS, the parties have met and conferred and believe it is in their best interest to extend: (1) the deadline to complete expert discovery to May 13, 2011; and (2) the deadline to file all non-dispositive pre-trial motions concerning expert discovery to May 20, 2011, and the date to have such motions heard by the Court to June 17, 2011 (Gao Decl., ¶ 11).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED and requested by the parties through their respective attorneys of record that this Court order as follows:

1. That the deadline to complete all expert discovery is continued to May 13, 2011; and

2. That the deadline to file all non-dispositive pre-trial motions concerning expert discovery is continued to May 20, 2011; and

3. That the date to have all non-dispositive pre-trial motions concerning expert discovery heard by the Court is continued to June 17, 2011.

IT IS SO STIPULATED.

Dated:  March 22, 2011                     APPELL HILAIRE BERNARDO LLP

                                           /s/ Barry M. Appell
                                           (As authorized on 3/21/11)
                                       By: _____
                                           Barry M. Appell
                                           Attorneys for Plaintiff Terry Sandres


Dated:  March 22, 2011                     GLEASON & FAVOROTE LLP

                                           /s/ Kathy H. Gao
                                       By: _____
                                           Kathy H. Gao
                                           Attorneys for Defendants
                                           Corrections Corporation of America and CCA
                                           of Tennessee, LLC

IT IS SO ORDERED.

   Dated:   **March 23, 2011**                      **/s/ Oliver W. Wanger**
                                                           UNITED STATES DISTRICT JUDGE