Barry M. Appell, Esq. State Bar No.: 174324
APPELL HILAIRE BERNARDO LLP
15233 Ventura Blvd., Suite 420
Sherman Oaks, CA 91403
(818) 788-2300
Fax:  (818) 788-2464
E-Mail:  barry@ahblegal.com

Attorney for Plaintiff,
Terry Sandres


PAUL M. GLEASON State Bar No.: 155569
RICHARD Y. CHEN State Bar No.: 225392
KATHY H. GAO State Bar No.: 259019
GLEASON & FAVAROTE, LLP
800 West Sixth Street, Suite 1010
Los Angeles, California  90017
Telephone:     (213) 452-0510
Facsimile:     (213) 452-0514
pgleason@gleasonfavarote.com
rchen@gleasonfavarote.com
kgao@gleasonfavarote.com

Attorneys for Defendants
Corrections Corporation of America and
CCA of Tennessee, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TERRY SANDRES, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation; and Does 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:09-cv-01609-OWW-DLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>District Judge:　Hon. Oliver W. Wanger<br>Magistrate:　　Hon. Jennifer L. Thurston<br>Action Filed:　July 24, 2009<br>Trial Date:　　August 30, 2011 |

1.
**PROOF OF SERVICE**

THE PARTIES TO THE ABOVE-CAPTIONED MATTER, by and through their respective attorneys of record, hereby enter into this stipulation regarding dismissal of the entire above-captioned action with prejudice as follows:

WHEREAS, on July 24, 2009, plaintiff Terry Sandres ("Plaintiff") filed a complaint in the Superior Court for the State of California, County of Kern, Case No. S-1500-CV-267904-DRL, against Corrections Corporation of America ("Corrections Corp."), wherein he alleged the following causes of action:  (1) disability discrimination and failure to provide reasonable accommodation in violation of FEHA; (2) retaliation (FEHA); (3) wrongful termination in violation of public policy; (4) intentional infliction of emotional distress; and (5) failure to permit inspection or copying of employment records (the "Action"); and

WHEREAS, on September 10, 2009, Corrections Corp. removed the Action to the United States District Court, Eastern District of California; and

WHEREAS, on December 23, 2009, Plaintiff filed his Third Amended Complaint in the Action wherein he added CCA of Tennessee, LLC ("CCA") as a defendant; and

WHEREAS, on April 14, 2011, the parties participated in a mediation and have agreed to informally resolve this dispute in its entirety; and

WHEREAS, pursuant to this resolution, the parties have agreed that Plaintiff will dismiss the Action with prejudice, and the parties have also agreed to bear their own costs and attorneys' fees in connection with the above-captioned matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their designated counsel, that this case be dismissed in its entirety, with prejudice, against Corrections Corp. and CCA pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), and that each party shall bear its own costs and attorneys' fees.

///

///

IT IS SO STIPULATED.

Dated:  April 29, 2011                    APPELL HILAIRE BERNARDO LLP

                                          /s/ Barry M. Appell
                                      (As authorized on 4/29/11)
                                  By: _____
                                          Barry M. Appell
                                  Attorneys for Plaintiff Terry Sandres


Dated:  April 29, 2011                    GLEASON & FAVOROTE LLP

                                          /s/ Richard Y. Chen
                                  By: _____
                                          Richard Y. Chen
                                  Attorneys for Defendants Corrections Corporation
                                  OF AMERICA AND CCA OF TENNESSEE, LLC


IT IS SO ORDERED.

   Dated:   **April 29, 2011**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE